**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| TRAVIS SMITH, | : | |
| Plaintiff, | : | |
| v. | : | 1:08-CV-24 (WLS) |
| Sheriff HAROLD BREEDEN, et al. | : | |
| Defendants. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed February 13, 2008. (Doc. 4). It is recommended that Plaintiff's claims against Defendants Lee County Sheriff's Department, Sheriff Harold Breeden, and Sheriff Jamil Saba be dismissed, and that the same be terminated as Defendants in the above captioned matter. (Doc. 4). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 4) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's claims against Defendants Lee County Sheriff's Department, Sheriff Harold Breeden, and Sheriff Jamil Saba are hereby **DISMISSED**, and these Defendants are hereby **ORDERED** terminated from the above captioned matter.

**SO ORDERED**, this __17th__ day of June, 2008.

    /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE**

1