IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TRAVIS SMITH, | : |
| Plaintiff | : |
| VS. | :    **1 : 08-CV-24 (WLS)** |
| JANE DOE HEAD NURSE, | : |
| Defendant. | : |

## RECOMMENDATION

The plaintiff filed this action on February 8, 2008. Service was ordered on February 13, 2008. The defendant filed an answer on April 10, 2008. The plaintiff has had no contact with the court since filing his complaint in February 2008, and has failed to respond to the defendant's motion for summary judgment, despite being ordered to respond thereto.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a case may be dismissed upon a determination of a "clear record of delay or willful contempt and a finding that lesser sanctions would not suffice." Goforth v. Owens, 766 F.2d 1533, 1535 (11th Cir. 1985). Litigants proceeding *pro se* are not exempted from this requirement of diligent prosecution. Moon v. Newsome, 863 F.2d 835 (11th Cir. 1989). The court's inherent power to dismiss cases in which the plaintiff has failed to diligently prosecute his action "is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." Link v. Wabash R.R., 370 U.S. 626, 630 (1962).

A review of this entire action reveals a clear record of delay or willful contempt on the part of the plaintiff. The plaintiff has clearly failed to respond to the court's directives and/or the defendant's motion for summary judgment and has had no communication with the court since filing his complaint one year ago. Accordingly, it is the recommendation of the undersigned that

this action be **DISMISSED**.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 9th day of February, 2009..

    /s/ ***Richard L. Hodge***
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb