IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

TRAVIS SMITH,

 Plaintiff,

v.            1:08-CV-24 (WLS)

JANE DOE, Head Nurse,

 Defendants.

### ORDER

Before the Court is the Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed February 9, 2009. (Doc. 23). It is recommended that Plaintiff's Complaint be dismissed due to a clear record of delay and/or willful contempt on the part of Plaintiff. *Id.* No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 23) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED** as to the last remaining defendant, Defendant Jane Doe Head Nurse.

**SO ORDERED**, this 24th day of March, 2009.

THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE

1